In The United States District Court
Southern District of Georgia.
Brunswick Division

Leon Pugh

v.                        CV515- 85

Waycross Police Department, et Al

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2015 OCT 23 AM 9:56 CLERK SO. DIST. OF GA.

42 USC 1983 False Imprisonment

Comes Now the Plaintiff, Leon Pugh and moves this Honorable Court with his claim under 42 USC 1983 for False imprisonment, by showing the following deficiencies.

On or around March 9 of 2015, I, Leon Pugh was arrested. Plaintiff Pugh was due to max-out on September 4, 2015.

Plaintiff has been held against his will since his scheduled release date until this present date/month of October 2015.

Executed this 20th day of October, 2015

Leon Pugh
Leon Pugh

Certificate of Interested Persons

Waycross Police Department     210 Oak Street
                               Waycross, Ga. 31501